UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,
    Plaintiff,

v.                                            CASE NO.: 1:20-cv-6405
CORAVIN, INC.

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Coravin, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Coravin, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 18, 2020                                     Respectfully Submitted,

                                                                             */s/Mark Rozenberg*
                                                                             Mark Rozenberg Esq.
                                                                             **Stein Saks, PLLC**
                                                                             285 Passaic Street
                                                                             Hackensack, NJ 07601
                                                                              mrozenberg@steinsakslegal.com
                                                                             Tel. 201-282-6500
                                                                             Fax 201-282-6501
                                                                             *Attorneys for Plaintiff*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 11/18/2020
New York, New York